IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| INTERWEST EXPLORATION, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT and TRACY STONE-MANNING, in her official capacity as Administrator, United States Bureau of Land Management,<br><br>Defendants. | CV 23-55-BLG-SPW-KLD<br><br>ORDER |

Plaintiff Interwest Exploration, Inc. has filed an unopposed motion to stay these proceedings pending an appeal to the Interior Board of Appeals related to the disputed mineral interests at issue in this litigation. (Doc. 9). Accordingly, and good cause appearing,

IT IS ORDERED that Plaintiff's motion (Doc. 9) is GRANTED and this matter is STAYED. The parties shall file a joint status report on or before February 9, 2024 advising the Court as to the status of the matter and submitting a proposal for further proceedings.

IT IS FURTHER ORDERED that the deadline for filing a case management

//

plan set forth in the Court's Order dated May 10, 2023 (Doc. 3) is VACATED.

DATED this 10th day of August, 2023.

_____
Kathleen L. DeSoto
United States Magistrate Judge