IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| INTERWEST EXPLORATION, INC.,<br><br>  Plaintiff,<br><br>vs.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT and TRACY STONE-MANNING, in her official capacity as Administrator, United States Bureau of Land Management,<br><br>  Defendants. | CV 23-55-BLG-SPW-KLD<br><br><br>ORDER |

On February 7, 2025, the parties filed a joint status report advising the Court that they have received the decision from Interior Board of Land Appeals and the stay in this matter may be lifted. (Doc. 15). Accordingly,

IT IS ORDERED that Plaintiff Interwest Exploration, Inc. shall have until March 10, 2025, to file an Amended Complaint, and Defendants shall have 28 days from the date the Amended Complaint is filed within which to file an Answer or other responsive pleading. After Defendants file their responsive pleading the

//

//

1

Court will issue an order directing the parties to submit a stipulated case management plan.

DATED this 7th day of February, 2024.

Kathleen L. DeSoto
United States Magistrate Judge