IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| INTERWEST EXPLORATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES BUREAU OF LAND MANAGEMENT et al., <br><br> Defendants. | CV 23-55-BLG-SPW-KLD <br><br> ORDER |

On October 1, 2025, the Federal Defendants filed an unopposed for a stay of the deadline to file a combined cross-motion for summary judgment and response to Plaintiff's motion for summary judgment in light of the lapse of appropriations to fund the Department of Justice. (Doc. 30). Accordingly, and good cause appearing,

IT IS ORDERED that the motion is GRANTED and all briefing deadlines are stayed. Counsel for Federal Defendants shall promptly notify the Court as soon as Congress has appropriated funds for the Department of Justice, at which time the Court will reset all current deadlines.

DATED this 1st day of October, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge