IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| INTERWEST EXPLORATION, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT and KATHLEEN SGAMMA, in her capacity as Administrator, United States Bureau of Land Management,<br><br>Defendants. | CV 23-55-BLG-SPW<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Plaintiff Interwest Exploration, Inc. brings this action seeking judicial review of an Interior Board of Land Appeals ("IBLA") decision rejecting four unpatented mining claims for failure to timely file notices of location as required by section 314 of the Federal Land Policy and Management Act, 43 U.S.C. § 1744. (Doc. 19). Before the Court are Plaintiff's Motion for Summary Judgment (Doc. 28) and Defendants United States Bureau of Land Management and Kathleen Sgamma's Cross-Motion for Summary Judgment (Doc. 34). United States Magistrate Judge Kathleen L. Desoto issued her Findings and Recommendation (Doc. 37) on July 28, 2026, recommending that this Court (1) deny Plaintiff's Motion and (2) grant Defendants' Cross-Motion.

1

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file any objections within 14 days of the filing of a magistrate judge's findings and recommendation. Here, no objections were filed. When no party objects, the district court reviews the findings and recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if "the reviewing court . . . is left with the definite and firm conviction that a mistake has been committed." *United States v. U.S. Gypsum Co.*, 333 U.S. 364, 395 (1948). Having conducted this review, the Court agrees with Judge DeSoto's analysis and conclusions and finds no clear error.

Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendation (Doc. 37) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that:

(1)    Plaintiff's Motion for Summary Judgment (Doc. 28) is DENIED.

(2)    Defendants' Cross-Motion for Summary Judgment (Doc. 34) is GRANTED.

(3)    The decision of the IBLA is AFFIRMED.

(4)    This matter is DISMISSED WITH PREJUDICE. The Clerk of Court is directed to enter judgment accordingly and close the case.

/ / /

/ / /

DATED this 13 day of August, 2026.

SUSAN P. WATTERS
United States District Judge